## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

**IN THE MATTER OF:**

| | |
|---|---|
| **REBECCA SUE SIMMONS** | **CASE NUMBER: 05-50077** |
| **SSN: xxx-xx-2398** | **CHAPTER 13** |
| **Debtor** | |

---

### NOTICE TO STEVEN J. MOERLEIN THAT $17.44 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUNDS ACCOUNT IN TREASURY FUND #106000

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Steven J. Moerlein, creditor herein, and deposits $17.44 into the Court Clerk's Unclaimed Funds Account in Treasury Fund #106000.

1.  That the last known address for Steven J. Moerlein was:

    218 W. Washington Street
    Suite 630
    South Bend, IN 46601

2.  That several of the Standing Chapter 13 Trustee's disbursement checks have been returned with a "Forwarding Order Expired" stamped on the front of the envelope by the Postmaster;

3.  Subsequent attempts to locate this creditor were fruitless;

4.  That any objections to said Deposit should be made in writing, with the Court Clerk.

Dated: _____1- 19-10_____

Respectfully Submitted,
/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached was sent on ___1-19-10___

By U. S. Mail to the Debtor and Debtor's Attorney as follows:
Debtor(s): Rebecca S. Simmons, 223 Newburg Dr., Apt. A, Mishawaka, IN 46545
Debtor's Attorney:  Pro Se
Creditor:  Steven J. Moerlein, 218 W. Washington St., Ste. 630, South Bend, IN 46601

By electronic e-mail to the U.S. Trustee:  ustregion10.so.ecf@usdoj.gov


/s/ Rosemary Ward-Wilson