UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

REBECCA SUE SIMMONS          CASE NUMBER: 05-50077
SSN: xxx-xx-2398             CHAPTER 13
Debtor

### NOTICE TO STEVEN J. MOERLEIN THAT $344.00 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUNDS ACCOUNT IN TREASURY FUND #6047BK

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Steven J. Moerlein, creditor herein, and deposits $344.00 into the Court Clerk's Unclaimed Funds Account in Treasury Fund #6047BK.

1. That the last known address for Steven J. Moerlein was:

   218 W. Washington Street
   Suite 630
   South Bend, IN 46601

2. That several of the Standing Chapter 13 Trustee's disbursement checks have been returned with a "Forwarding Order Expired" stamped on the front of the envelope by the Postmaster;

3. Subsequent attempts to locate this creditor were fruitless;

4. That any objections to said Deposit should be made in writing, with the Court Clerk.

Dated: 1-19-10

Respectfully Submitted,
/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached was sent on  1-19-10

By U. S. Mail to the Debtor and Debtor's Attorney as follows:
Debtor(s): Rebecca S. Simmons, 223 Newburg Dr., Apt. A, Mishawaka, IN 46545
Debtor's Attorney:  Pro Se
Creditor:  Steven J. Moerlein, 218 W. Washington St., Ste. 630, South Bend, IN 46601

By electronic e-mail to the U.S. Trustee:  ustregion10.so.ecf@usdoj.gov

/s/ Rosemary Ward-Wilson